# Court of Appeals
## Tenth Appellate District of Texas

## 10-25-00233-CR

In re State of Texas, ex rel. William Thompson

## Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on July 24, 2025, is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: August 14, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

